UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LUCIENA S. GRANT-FLETCHER


       Plaintiff,

V.                                CIVIL ACTION NO


THE BRACHFELD LAW GROUP, PC

Defendant.                       JULY 26, 2011


## COMPLAINT

  1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act

("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland

Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann.

Code Commercial Law Consumer Practices Act § 13-301 et seq.

  2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331

and 1367.

  3. Plaintiff is a natural person who resides in Columbia, MD.

  4. Plaintiff is a consumer within the FDCPA.

  5. Defendant is a debt collector within the FDCPA.

  6.  Defendant is a collector within the MCDCA.

  7. Defendant is a foreign professional corporation engaged in the business of

collecting debts in the State of Maryland with a principal place of business located

100 East Campus View Blvd, Columbus, OH 43235  and is NOT authorized to

collect debt in the State of Maryland.  The principal purpose of Defendant

business is the collection of debts and Defendant regularly attempts to collect

debts alleged to be due another.

8.  Defendant communicated with Plaintiff or others on or after one year before

the date of this action, in connection with collection efforts with regard to

Plaintiff's disputed personal debt.

9.  The Plaintiff contacted the Defendant via telephone on or about July 13, 2011,

in response to the Defendants prior communications, attempting to collect a debt.

10. The Plaintiff spoke to a collection agent who identified herself as Jasmine Ext

4518.

11.  The Defendant advised the Plaintiff that she could not dispute the debt and

that it would not report the debt to the credit bureaus, even if we decided to report

this debt.

12.  The Defendant advised the Plaintiff that if she did dispute the debt, that there

would be consequences to her dispute.

13.  The Defendants statements were false, deceptive and misleading in violation

of §1692e.

14.  The Defendant does not maintain procedures in place adequately designed to avoid the violation(s) of the FDCPA.

15.  In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e and f.

SECOND COUNT:

16. The allegations of the First Count are repeated and realleged as if fully set forth herein.

17. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA") including not obtaining a MD collection agency license.

18. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1.  Award plaintiff statutory damages pursuant to the FDCPA.

2.  Award Plaintiff statutory damages pursuant to MDCDCA.

3.  Award the plaintiff costs of suit and a reasonable attorney's fee.

4.  Award such other and further relief as this Court may see fit.


                                        THE PLAINTIFF

                                        BY/S/Bernard T. Kennedy
                                        Bernard T. Kennedy, Esquire
                                        The Kennedy Law Firm
                                        P.O. Box 657
                                        Edgewater, MD 21037
                                        Ph  (443) 607-8901
                                        Fax (443) 607-8903
                                        Fed. Bar # Md26843
                                        bernardtkennedy@yahoo.com